# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIE A. SU, *Acting Secretary of Labor, United States Department of Labor*,<br><br>Plaintiff,<br><br>v.<br><br>GORDO CORPORATION, EL GORDITO, PATRICIA GONZALEZ LARA, and SAMUEL GONZALEZ LARA,<br><br>Defendants. | Case No. 3:24-cv-01359-JPG |

## **JUDGMENT**

This matter having come before the Court and the Court having rendered a decision;

**IT IS ORDERED AND ADJUDGED** that default judgment be entered in favor of the Plaintiff; Julie A. Su, Acting Secretary of Labor, United States Department of Labor; and against the Defendants; Gordo Corporation, "El Gordito," Patricia Gonzalez Lara, and Samuel Gonzalez Lara; in the amount of $746,572.00.

**DATED: February 4, 2025**

                                                        MONICA A. STUMP, Clerk of Court

                                                        By:   *s/Tina Gray,*
                                                                       Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                      J. PHIL GILBERT
                      U.S. DISTRICT JUDGE